PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF TEXAS
__Wichita Falls__ DIVISION

__Jason Lumley #2002834__
Plaintiff's Name and ID Number

__Allred Unit__
Place of Confinement

**7-24CV-152-O**

CASE NO. _____
(Clerk will assign the number)

V.

1. Bobby Lumpkin, T.D.C.J. Director, Huntsville, TX
Defendant's Name and Address

2. J. Goodall, assist warden, Lewis Unit
3. Caption Walldrop, Lewis Unit
Defendant's Name and Address

4. MRS. Sgt. Barlow, Lewis Unit
5. C.O. Preston, Lewis Unit
Defendant's Name and Address

6. C.O. Mrs. DeMars, Lewis Unit

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 11 2024

CLERK, U.S. DISTRICT COURT
By _____ Deputy

**INSTRUCTIONS — READ CAREFULLY**

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of $405.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? X YES ___ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: APPRoX middle 2020
      2. Parties to previous lawsuit:
         Plaintiff(s) Jason Lumley
         Defendant(s) Bobby Lumpkin
      3. Court: (If federal, name the district; if state, name the county.) Eastern Dist of Texas
      4. Cause number: # 9:20-CV-183
      5. Name of judge to whom case was assigned: Zack Hawthorn
      6. Disposition: (Was the case dismissed, appealed, still pending?) dismissed
      7. Approximate date of disposition: End of 2022

II. PLACE OF PRESENT CONFINEMENT: Allred Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Jason Lumley # 2002834
2101 F.M. 369 N.
Iowa Park TX 76367

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

(1) Defendant #1: Bobby Lumpkin, Director of T.D.C.J.
Huntsville, TX
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failure to make policies and train officers to prevent these situations.

(2) Defendant #2: J. Goodall, Assist Warden,
Lewis Unit, T.D.C.J
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failure to oversee and train officers to prevent these situations.

(3) Defendant #3: Caption. Mrs Walldrop.
Lewis Unit, T.D.C.J
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Deliberate indifference to situation of feces covered cell, and Lack of Necessity's

(4) Defendant #4: SGT. Mrs. Barlow
Lewis Unit, T.D.C.J
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Deliberate indifference to situation of feces covered cell and Lack of Basic Necessity's

(5) Defendant #5: C.O. Mr. Preston
Lewis Unit, T.D.C.J
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Put me in a feces covered cell.

(6) Defendant #6 C.O. Mrs. De Mars
Lewis Unit, T.D.C.J.
Deliberate indifference to feces covered cell

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. On 1-5-23 I was assaulted By unknown Inmate, Then Lewis, Unit placed in approx a 2½ Ft cage For 12 hrs, then moved into a Feces covered cell by C.O. Preston, where I was given No Basic Necessityc and Told to deal with it. I asked Every Officer who worked to clean cell or get Necessityc and was told No, one officer laughed and told me to wipe my butt with my hand. 4 days later Sgt. Barlow and Captian waldrop Refused me cleaning supplyc or Basic Necssityc, like Spoon, Cup, Clothc, Blanket, toilet paper and was told there was no where else to Put me, Officer C.O. Mrs. De Mars was present. 2 days later I told Officer Mrs. Rovira and she Radioed Mr. Sgt. Rohrback and he brought me cleaning supplyc, and the Next day I was Given toilet Paper, I was Never given mattress, spoon, or Basic Necessityc.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

50,000 a day Compensatory Damages and/or punitive damages $500,000 Filing Fee, Cost, Injunction, change policy clean cellc and Necessityc

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Jason Lumley

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

682515, 136650S, 2002834

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___ NO

4

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: 12-2-24
           DATE

Jason Lumley
_____
(Signature of Plaintiff)

PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  2  day of  December , 20 24 .
            (Day)           (month)         (year)

Jason Lumley
_____
(Signature of Plaintiff)

WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.



# Texas Department of Criminal Justice

## STEP 1

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**
Grievance #: 2023055697
Date Received: JAN 17 2023
Date Due: 2-26-23
Grievance Code: 000
Investigator ID #: I-1596
Extension Date: ___
Date Retd to Offender: FEB 01 2023

Offender Name: Jason Lumley      TDCJ # 2002834
Unit: Lewis        Housing Assignment: HS-G-112
Unit where incident occurred: Lewis

---

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? SGT. Barlow, Walldrop with Captian There  When? 1-9-23 Approx
What was their response? I don't have another cell to put you..
What action was taken? Absolutley Nothing.

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

On the 5TH at approx 12:30 A.M or so, I was assaulted by unknown inmate, (I had only been in there one day) around 2:00 A.M SGT. Hays investigated the assault, around 4:00 A.M. I was put in a 2½ ft square cage and kept there for 12 hours. AT 4:00 p.m. I was moved to a cell in HS, and told Nothing, by C.O. Preston.
  The officers of T.D.C.J have a unwritten policy of putting inmates in either P.H.D. OR OPI cells (same thing) with nothing and without cleaning them first, or allowing the inmate to clean the cell first, and without giving the inmate the basic necessitys, like soap, toiletpaper, matteress, sheets or blanket... On 1-5-23 C.O. Preston put me in HS-G112 and the cell had shit all over the wall, floor by the sink, sink and water spout. Which prevented me from drinking water out of it for 5½ days. I asked every officer who worked for something to clean it with, and basic necessitys. One officer told me to use my hand to wipe my ass and don't drink out the water spout, while laughing - (No name tag!) Officer unknown Now on or around the 8TH or 9TH I told SGT. Barlow about it, with Captian Walldrop Right there. Her responce was: I don't have another cell to put you in. C.O. Mrs De Mars was a wittness to me asking to clean the shit. up, she was there when I told the SGT, with the Captian standing there. Nothing was done.
  On or around the 10TH or 11TH I told C.O. Mrs. Rivira and she radioed SGT. Rohrback, when he showed up and seen it, he went straight to get Rubber gloves, bleach, a rag and Soap

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

For me to clean the cell up, it was that easy, problem solved. SGT. Barlow and Captain Walldrop could have done the same thing. I was in H.S.-G112 without basic necessitys, didn't get soap until the 10TH and Toiletpaper until the 12TH, 7 days after I was placed in the cell, Thats unsanitary. There is NO excuse for putting Anyone in a Room with shit on the wall and sink, and a lack of basic necessity's is probably what lead up to said Problem.

**Action Requested to resolve your Complaint.**
MAKE IT A POLICY THAT PHD OR OPI cells will be cleaned before an INMATE is placed in them, and given the basic Necissitys upon Entering said cell...

Offender Signature: J Lumley    Date: 1-17-23

**Grievance Response:**

A review of your complaint has been conducted. Records reflect that you was review by Unit Classification Committee on 1/18/23 and recommend a unit transfer. No further action is warranted at this time.

J. Goodall
Assist Warden

Signature Authority: ___    Date: 1/31/23

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission     UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
2nd Submission     UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission     UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

MAY 16 2023



# Texas Department of Criminal Justice
## STEP 2 OFFENDER GRIEVANCE FORM

JA

Offender Name: Jason Lumley    TDCJ# 2002834
Unit: Lewis    Housing Assignment: ~~HS-G-11B~~ HSK-203B
Unit where incident occurred: Lewis

**OFFICE USE ONLY**
Grievance #: 2023055697
UGI Recd Date: FEB 06 2023
HQ Recd Date: FEB 10 2023
Date Due: 3/18/23
Grievance Code: 000
Investigator ID#: I1364
Extension Date:

You must attach the completed Step 1 Griev[ance which ha]s been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a [Step 1 that has] been returned unprocessed.

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

Transfering me to another unit does not solve the problem only more guards on duty and a policy change can fix this... The assult on me could have been prevented if T.D.C.J followed the guard to Inmate ratio set out in Ruiz case... 2 guards for a 80 man dorm!!! Furthermore to put an inmate in a 2½ Ft Square cage for long periods of Time violates the 8th Amendment of the U.S. Constitution for cruel and unusual punishment... I was the one assaulted, yet I was also punished by being put in a cage for 12 hr. But most important after some research I have found That this is **NOT** the first time a Inmate has been put in a cell covered in Shit... Thereby proving That T.D.C.J does infact have a unwritten policy of putting Inmates in cells without first cleaning them or allowing said Inmate the proper cleaning supply's to do it himself... or giving them the basic necessity's like toilet paper, soap, mattress, sheets, blankets... I sit as of right now in the same ~~Shit covered~~ cell ~~and~~, it took me 2 weeks to get a sheet and blanket, in a Air Conditioned @ cold cell, I am being punished for an assault on me

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G

that T.D.C.J. could have prevented and I have yet to get my property or a mattress one month later... T.D.C.J. needs to make a policy change and hire more guards to meet the ratio set out by the courts in the previous mentioned case.

Offender Signature: J. Lumley     Date: 2-4-23

**Grievance Response:**

Your Step 2 grievance has been investigated by this office. One issue per grievance will be addressed. You were appropriately advised at the Step 1 level. Records reflect you received a unit transfer to alleviate further conflict. No further investigation is warranted by this office.

Signature Authority: J. Back / Back     Date: APR 0 6 2023

Returned because: *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission     CGO Initials: _____
Date UGI Recd:_____
Date CGO Recd:_____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender:_____

2nd Submission     CGO Initials: _____
Date UGI Recd:_____
Date CGO Recd:_____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender:_____

3rd Submission     CGO Initials: _____
Date UGI Recd:_____
Date CGO Recd:_____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender:_____

I-128 Back (Revised 11-2010)     Appendix G

Dear Clerk,

11-3-24

Can you please send me copies, and time, date, and stamp when this is filed. Thank you for your time, and bless you

respectfully

Jason Lumley #2002834

*J. Lumley*

ALLRed UNit
2101 F.M. 369 N.
Iowa Park, TX

76367

NAME Jason Lumley
TDC# 2[illegible]
2101 FM 369 N
IOWA PARK, TEXAS 76367



U.S. District Court
Northern Dist of Texas
1000 Lamar Street, 203
Wichita, TX
76301

Special Correspondence

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION